FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD DEAN BOYD and VALERIE BOYD, as husband and wife,<br><br>                       Plaintiffs,<br><br>vs.<br><br>LUIS MORENO aka MOSHE BEN MOR and KELLI JO MORENO, as husband and wife,<br>                       Defendants. | NO: 2:24-CV-0140-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 25. The parties agree that all claims, counterclaims, causes of action, and parties, be dismissed with prejudice, and without an award of attorney's fees or costs. The Court has reviewed the record and files herein and is fully informed.

      According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of attorney's fees or costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED August 5, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2